IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:07cr10HTW-JCS

DRIS MITCHELL

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the indictment against DRIS MITCHELL, without prejudice.

DUNN LAMPTON
United States Attorney

s/Harold H. Brittain
HAROLD H. BRITTAIN
Assistant U.S. Attorney
188 E. Capitol St., Suite 500
Jackson, MS 39201-0101
TEL: (601) 973-2823
Mississippi Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 31st day of October, 2007.

UNITED STATES DISTRICT JUDGE